**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

## NOT  DESIGNATED  FOR  PUBLICATION

Douglas Lee Harville
Louisiana Appellate Project
P. O. Box 52988
Shreveport LA 71135

Dontrale Demarko Phillips
Louisiana State Prison DOC No. 464769
Gator - 1 Right Cell #11
Angola LA 70712

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on August 23, 2023

**REHEARING ACTION: August 23, 2023**

**Docket Number: 14   00254-KA**

**STATE OF LOUISIANA**
**VERSUS**
**DONTRALE DEMARKO PHILLIPS**

**Appealed from Rapides Parish Case No. 313293**

**BEFORE JUDGES:**

> **Hon. Van H. Kyzar**
> **Hon. Ledricka J. Thierry**
> **Hon. Wilbur L. Stiles**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Dontrale Demarko Phillips** has this day been

> **DENIED.**

cc: James C. Downs, Counsel for the Appellee
    Brian D. Cespiva, Counsel for the Appellee